1  Troy D. Monge, Esq.
   Law Offices of Martin Taller, APC
2  2300 E. Katella Ave, Suite 440
3  ANAHEIM, CALIFORNIA 92806
   TELEPHONE (714) 385-8100
4  FACSIMILE (714) 385-8123
5  troymonge@hotmail.com

6
   Attorney Bar #217035
7  Attorneys for Luis Pelayo

8

9                 UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
                              )  No. CV17-00134-MRW
11   LUIS PELAYO,             )
12                            )  **ORDER AWARDING EQUAL**
          Plaintiff,          )  **ACCESS TO JUSTICE ACT**
13                            )  **ATTORNEY FEES AND COSTS**
14           v.               )
15                            )
     NANCY A. BERRYHILL, Acting )
16   Commissioner of Social Security, )
17                            )
          Defendant.
18  _____

19        Based upon the parties' Stipulation for Award and Payment of Attorney
20  Fees:
21        IT IS ORDERED that the Commissioner shall pay attorney fees and
22  expenses the amount of THREE THOUSAND NINE HUNDRED DOLLARS and
23  NO CENTS ($3,900.00), and costs under 28 U.S.C. § 1920 in the amount of
24  FOUR HUNDRED DOLLARS  ($400.00), as authorized by 28 U.S.C. §§ 2412(d),
25  1920, subject to the terms of the above-referenced Stipulation.

26  Dated: 11/1/17              _____/s/  Judge Wilner_____
27                             THE HONORABLE MICHAEL R. WILNER
                               UNITED STATES MAGISTRATE JUDGE
28

                                   1